

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 27, 2012

**BY FACSIMILE**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 510
New York, New York 10007

    Re:   <u>United States v. Paul Calder LeRoux,</u>
           S1 12 Cr. 489

Dear Judge Gorenstein,

    On September 26, 2012, a superseding indictment, S1 12 Cr. 489, was returned by a grand jury sitting in this District and filed under seal. The superseding indictment charges the defendant, Paul Calder LeRoux, with one count of conspiring to import methamphetamine and to distribute methamphetamine knowing and intending that it would be imported to the United States, in violation of Title 21, United States Code, Sections 952, 959, and 963. The defendant has been arrested in connection with these charges and, accordingly, we request that the superseding indictment be unsealed and wheeled out to a district judge so that the defendant may be presented and arraigned on the charges. This request applies only to the S1 superseding indictment.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Michael D. Lockard
Assistant United States Attorney
(212) 637-2193

Granted,
[signature]
9/27/12

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/12

Wheel B