UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

United States of America,             :

                    Plaintiff,        :         12 Cr. 489 (LAP)

          -against-                   :         ORDER OF CONFERENCE

Paul Leroux,                          :

                    Defendants.       :

------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:


          It is hereby

          ORDERED that counsel are directed to appear in

courtroom 12A, or such other courtroom as may be designated,

United States Courthouse, 500 Pearl Street, New York, New

York 10007 on October 23, 2018 at 11:30 a.m. for a conference in

the above action.


SO ORDERED

Dated: 10/18/18

_____
LORETTA A. PRESKA,
Senior U.S.D.J.