

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 5, 2018

By ECF
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
New York, New York 10007

>  Re:   United States v. Paul Calder LeRoux,
>        12 Cr. 489 (LAP)

Dear Judge Preska:

The Government respectfully requests an adjournment of tomorrow's status conference for approximately 30 days to a date and time convenient to the Court. The reason for the request is that Mr. Donaldson is seeking additional time to consult with the defendant regarding a potential substitution of counsel.

> Respectfully submitted,
>
> GEOFFREY S. BERMAN
> United States Attorney
>
> By:  _____/s/_____
> Emil J. Bove III
> Rebekah Donaleski
> Michael D. Lockard
> Assistant United States Attorneys
> (212) 637-2444/2423/2345

Cc:  Xavier R. Donaldson
     (By Email)

     Joseph DiBenedetto
     (By Email)