USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4-1-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v -

PAUL CALDER LEROUX,

12 CR 489 (LAP)

14 CR 075-01 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The CJA attorney on duty today, Jessica Ortiz, is appointed to represent the above-named defendant. Sentencing is scheduled for July 23, 2019 at 10:00 a.m. The Probation Department is ordered to prepare the presentence report.

Dated: April 1, 2019

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge