

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2020

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: **United States v. Paul Calder LeRoux,**
     **12 Cr. 489 (RA)**

Dear Judge Preska:

  The Government respectfully requests an adjournment of the defendant's sentencing to May 29, 2020 at 4:00 p.m., which we understand would be convenient to defense counsel and to the Court's calendar.

             Respectfully submitted,

             GEOFFREY S. BERMAN
             United States Attorney

        By:    /s/
             Emil J. Bove III
             Rebekah Donaleski
             Michael D. Lockard
             Assistant United States Attorneys
             (212) 637-2444/2423/2345

Cc: James M. Branden, Esq.