DISTRICT COURT OF THE UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

United States of America

        -against-　　　　　　　　　　　　　NOTICE OF APPEARANCE

**LEROUX**　　　　　　　　　　　　　　　　　Docket No. 12-cr-00489 (RA)

                       Defendant.

------------------------------------------------------------------X

To: District Court Clerk

PLEASE TAKE NOTICE THAT **JEFF CHABROWE, ESQ.** has been retained by, and appears for defendant **Paul Calder Leroux** in the above captioned matter and in connection with the charges pending against him in the Southern District of New York.

Dated:　　April 11, 2020
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　*Jeffrey A. Chabrowe, Esq.*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jeff Chabrowe, Esq.
　　　　　　　　　　　　　　　　　　　　261 Madison Avenue, 12th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　Jeff@Chabrowe.com
　　　　　　　　　　　　　　　　　　　　Cell. 917.529.3921