USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

PAUL CALDER LEROUX,

        Defendant.

No. 12-cr-489 (RA)
No. 14-cr-75 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

In connection with the sentencing of Defendant Paul Calder Leroux, scheduled for Friday, June 12, 2020, the Government shall submit a letter no later than Thursday, June 11, at 12:00 p.m. informing the Court:

(1) If it disagrees with any of the representations made in Mr. Leroux's submission;

(2) At the time he began to cooperate with law enforcement, what Guideline range Mr. Leroux would have been facing;

(3) If there are analogous cases – in or out of this district – that the Court should consider in terms of the egregiousness of the defendant's conduct, as well as the extent of his assistance to law enforcement; and

(4) Its view as to whether Mr. Leroux continues to present a danger to any particular individuals or the community at large.

If Mr. Leroux would like to respond prior to sentencing, he shall do so no later than Thursday, June 11, at 5:00 p.m.

SO ORDERED.

Dated:    June 9, 2020
            New York, New York

_____
Ronnie Abrams
United States District Judge