**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: 6/10/2020**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PAUL CALDER LEROUX,

Defendant.

No. 12-CR-489/14-CR-75

ORDER

RONNIE ABRAMS, United States District Judge:

The CourtCall video sentencing is scheduled for Friday June 12, 2020 at 11:00 a.m. Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 67812309#

PIN: 9921299#

SO ORDERED.

Dated: June 10, 2020
New York, New York

Ronnie Abrams
United States District Judge