# THE LAW OFFICE OF JEFF CHABROWE

*261 Madison Avenue, 12th Floor New York, NY 10016 | Tel. 917.529.3921 | F 212.736.3910*

June 10, 2020
via ECF

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: <u>U.S. v. Leroux; 12-cr-489; 14-cr-75 (RA)</u>

Dear Judge Abrams,

      We write in response to your Order requesting a resubmission of defendant's letter requesting redactions, and accompanying modified sentencing submission.

      We respectfully request that our deadline be extended until tomorrow, June 11, at noon. We received notification via ECF at around 3:42 p.m. today and need more time to adequately present our client's requests and properly redact the accompanying sentencing submission.

      Thank you for your time and understanding.

Respectfully,

*Jeffrey Chabrowe*

Jeff Chabrowe, Esq.
*Counsel for Paul Calder Leroux*
cell 917-529-3921
email jeff@chabrowe.com

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
6/10/2020