UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/11/2020

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

PAUL CALDER LEROUX,

                Defendants.

No. S2 12-CR-489 (RA)
14-CR-75 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In a June 8, 2020 Order, the Court held that the public's qualified First Amendment right of access would be unduly abridged if either party's sentencing submission remains entirely under seal or in redacted form without sufficient justification. The Court directed the parties to meet and confer and either file their sentencing submissions in unredacted form on the docket, or file redacted versions thereof along with an explanation as to how those redactions are narrowly tailored to a compelling interest.

    On June 10, 2020, the Court approved most of the Government's proposed redactions, and the Government filed its redacted sentencing submission on the docket. On June 11, 2020, Mr. LeRoux filed a proposed redacted sentencing submission under seal, along with a letter providing the justifications for his proposed redactions. The Court approves Mr. LeRoux's proposed redactions, as they are narrowly tailored to the compelling interests of protecting the privacy of third parties, *see United States v. Amodeo ("Amodeo II")*, 71 F.3d 1044, 1050-51 (2d Cir. 1995) ("[t]he privacy interests of innocent third parties . . . should weigh heavily in a court's balancing equation.") (citation omitted), protecting Mr. LeRoux's privacy and safety, *see United States v. Armstrong*, 185 F. Supp. 3d 332, 336 (E.D.N.Y. 2016) (citations omitted), and protecting the secrecy of the Government's investigations, *see United States v. Amodeo*

*("Amodeo I")*, 44 F.3d 141, 147 (2d Cir. 1995); *Amodeo II*, 71 F.3d at 1050; *United States v. Smith*, 985 F.Supp.2d 506, 531 (S.D.N.Y.2013).  Accordingly, Mr. LeRoux shall promptly file his redacted sentencing submission on the docket, as well as a redacted version of his letter regarding his proposed redactions.

SO ORDERED.

Dated:   June 11, 2020
        New York, New York

                                        Ronnie Abrams
                                        United States District Judge