**EXHIBIT B**


