USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            Plaintiff,

v.

PAUL CALDER LEROUX,

            Defendants.

No. S2 12-CR-489 (RA)
14-CR-75 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On June 12, 2020, the Court sentenced Mr. LeRoux to 300 months imprisonment on a total of seven counts, namely Counts One through Four of 12-CR-489 and Counts One through Three of 14-CR-75. Upon reviewing the transcript of the sentencing proceeding, however, the Court has determined that the breakdown it provided for each of the underlying counts was partially in error. Accordingly, the Court will hold an additional sentencing proceeding on July 20, 2020 at 9 AM to clarify the breakdown of Mr. LeRoux's sentence on the record.

    In addition, no later than July 15, 2020, the parties shall submit their proposed forfeiture order to the Court.

SO ORDERED.

Dated:    July 10, 2020
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge