USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7-15-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          Plaintiff,

v.

PAUL CALDER LEROUX,

          Defendants.

No. S2 12-CR-489 (RA)
14-CR-75 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The CourtCall video sentencing is rescheduled for Friday July 24, 2020 at 9:00 a.m.

Members of the public and the press can use the following dial-in information:

    Dial-In Number: 855-268-7844

    Access Code: 32091812#

    PIN: 9921299#

SO ORDERED.

Dated: July 15, 2020

                                    Ronnie Abrams, U.S.D.J.
                                    July 15, 2020