USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PAUL CALDER LEROUX,

              Defendant.

No. 12-CR-489/14-CR-75

ORDER

RONNIE ABRAMS, United States District Judge:

    The CourtCall video sentencing is scheduled for Thursday September 10, 2020 at 9:00 a.m. Members of the public and the press can use the following dial-in information:

    Dial-In Number: 855-268-7844

    Access Code: 32091812#

    PIN: 9921299#

SO ORDERED.

Dated: September 8, 2020
New York, New York

                                  Ronnie Abrams
                                  United States District Judge