UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-cr-489 (RA) |
| v. | ORDER |
| PAUL CALDER LEROUX, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letter from Mr. Leroux, dated March 18, 2025, requesting a refund for overpayment of his Bureau of Prisons Financial Responsibility Program. The Government shall respond to Mr. Leroux's request no later than April 15, 2025. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Leroux (67464-054) at Federal Correctional Institution Fort Dix, Joint Base MDL, NJ 08640.

SO ORDERED.

Dated:   April 1, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No. 12 CR 489

Paul Calder Leroux

Defendant

## Letter of Transmittal

Enclosed:

- Request for refund of overpaid FRP

Dear Honorable Judge Ronnie Abrams,

Respectfully, I'm requesting a refund for the overpayment of my Federal Bureau of Prisons ("BOP") FRP:

In the "Amended Judgment in a Criminal case" dated 9/10/2020 the total criminal monetary penalties for case number 12 CR 489 is $400 please see docket# 87

In the "Judgment in a Criminal case" dated 9/10/2020 the total criminal monetary penalties for case number 14 CR 75 is $300 please see docket #37

This brings the total criminal monetary penalties assessed by the Court for these two cases to $700, however I've been assessed and paid to the Federal Bureau of Prisons ("BOP") a total of $1100.

The history of payments is as follows:
* The first "Individualized Need Plan" given to me by the BOP dated 4/25/2021 after my arrival at the Ft Dix facility assessed me at $400 FRP owed please see Exhibit A,
* A subsequent "Individualized Need Plan" given to me by the BOP dated 9/13/2024 shows the FRP as fully paid or complete, please see the status "COMPLETEDZ" on page 2 of Exhibit B,
* On 10/10/2024 additional funds have been paid from my account in the amount of $700, this additional payment can be seen in the "All Transactions" report received from the BOP unit team dated 12/2/2024 please see Exhibit C; this brings the total FRP paid to $1100, and this represents an overpayment of $400.

I am respectfully requesting a repayment of this $400 excess FRP paid.

Yours respectfully,

Paul Leroux
#67464054

3/18/2025

# EXHIBIT A



**Individualized Needs Plan - Initial Classification   (Inmate Copy)**   SEQUENCE: 01787111
Dept. of Justice / Federal Bureau of Prisons                                Team Date: 04-07-2021
Plan is for inmate: LEROUX, PAUL CALDER   67464-054

| | | |
|---|---|---|
| Facility: | FTD  FORT DIX FCI | Proj. Rel. Date:  01-14-2034 |
| Name: | LEROUX, PAUL CALDER | Proj. Rel. Mthd:  GCT REL |
| Register No.: | 67464-054 | DNA Status:  BRO08000 / 10-04-2012 |
| Age: | 48 | |
| Date of Birth: | 12-24-1972 | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | A&O WEST | ADMISSION & ORIENTATION - WEST | 04-06-2021 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | GED UNK | GED STATUS UNKNOWN | 09-27-2012 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

NO COURSES

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 04-20-2021 |
| SCRN2 | CCM: STABLE CHRONIC CARE | 07-18-2020 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| C19-QUAR | COVID-19 QUARANTINED | 03-12-2021 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-04-2012 |
| YES F/S | CLEARED FOR FOOD SERVICE | 10-04-2012 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|

NO ASSIGNMENTS

**FRP Payment Plan**

Most Recent Payment Plan

| | | | |
|---|---|---|---|
| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 04-15-2021 |
| Inmate Decision: | AGREED | $30.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $0.00 | | Obligation Balance: $400.00 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $400.00 | $400.00 | IMMEDIATE | AGREED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

**FRP Deposits**

Trust Fund Deposits - Past 6 months:  $0.00        Payments commensurate ?   Y

New Payment Plan:  ** No data **

**Progress since last review**

Arrived at FTD on 4-6-21

Sentry Data as of 04-25-2021        Individualized Needs Plan - Initial Classification   (Inmate Copy)        Page 1 of 3

 **Individualized Needs Plan - Initial Classification   (Inmate Copy)**   SEQUENCE: 01787111
Dept. of Justice / Federal Bureau of Prisons    Team Date: 04-07-2021
Plan is for inmate: LEROUX, PAUL CALDER  67464-054

**Next Program Review Goals**

find a job assignment and achieve at least satisfactory work evaluations by next team. Start 4-7-21 and finish by 4-7-22

**Long Term Goals**

COMPLETE RPP2-JOB COURSE PRIOR TO RRC CONSIDERATION.

**RRC/HC Placement**

Recommended Placement in a range between 151-180 days.

**Comments**

Inmate has been reviewed for Finance/Poverty. Based on this review, he has a financial/poverty skills need.

**Individualized Needs Plan - Initial Classification   (Inmate Copy)**     SEQUENCE: 01787111
Dept. of Justice / Federal Bureau of Prisons                                 Team Date: 04-07-2021
Plan is for inmate: LEROUX, PAUL CALDER  67464-054

Name: LEROUX, PAUL CALDER          DNA Status:  BRO08000 / 10-04-2012
Register No.: 67464-054
Age: 48
Date of Birth: 12-24-1972

Inmate   (LEROUX, PAUL CALDER. Register No.: 67464-054)

_____
Date

_____           _____
Unit Manager / Chairperson              Case Manager

_____           _____
Date                                    Date

# EXHIBIT B



| | Individualized Needs Plan - Program Review   (Inmate Copy) | SEQUENCE: 01787111 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 09-13-2024 |
| | Plan is for inmate: LEROUX, PAUL CALDER  67464-054 | |

| Facility: | FTD  FORT DIX FCI | Proj. Rel. Date: | 04-06-2034 |
|---|---|---|---|
| Name: | LEROUX, PAUL CALDER | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 67464-054 | DNA Status: | BRO08000 / 10-04-2012 |
| Age: | 51 | | |
| Date of Birth: | 12-24-1972 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| ICE | SUBJECT TO REMOVAL PROCEEDINGS |
| | FILE#205-123-723    IADA INELIGIBLE |

**Inmate Photo ID Status**

Full status incomplete - Expiration: null

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | YARD EA PM | YARD DETAIL-EAST PM | 02-07-2023 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | ESL HAS | ENGLISH PROFICIENT | 05-28-2021 |
| FTD | GED XN | EXEMPT GED NON-PROMOTABLE | 05-28-2021 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FTD GP | C | DIVERSITY WORKPLACE FOR | 06-10-2024 | 06-30-2024 |
| FTD GP | C | CREATIVE WRITING 2 - EAST | 01-16-2024 | 03-25-2024 |
| FTD GP | C | TPC: MNGNG A TRNNG PRGRM (907) | 03-06-2024 | 03-11-2024 |
| FTD GP | C | ENTREPRENEUR 101 - EAST | 01-16-2024 | 03-26-2024 |
| FTD GP | C | JOB READINESS - EAST | 01-15-2024 | 03-25-2024 |
| FTD GP | C | CUSTOMER SERVICE | 01-18-2024 | 03-21-2024 |
| FTD GP | C | ACT WORK KEYS GOLD OR PLATINUM | 05-19-2023 | 01-12-2024 |
| FTD GP | C | DRAWING 1 - EAST | 08-01-2022 | 11-06-2022 |
| FTD GP | C | GREETING CARDS 1 - EAST | 12-02-2021 | 01-20-2022 |
| FTD GP | C | DRAWING 1 - EAST | 12-02-2021 | 01-17-2022 |
| FTD GP | C | GREETING CARDS 1 - EAST | 10-01-2021 | 11-19-2021 |
| FTD GP | C | DRAWING 1 - EAST | 05-17-2021 | 06-27-2021 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 04-20-2021 |
| CARE2 | STABLE, CHRONIC CARE | 05-07-2024 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | 05-07-2024 |
| LOWER BUNK | LOWER BUNK REQUIRED | 08-31-2024 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 05-07-2024 |
| STAND RSTR | NO PROLONGED STANDING | 05-20-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 05-07-2024 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 03-29-2023 |
| NR WAIT | NRES DRUG TMT WAITING | 03-06-2023 |

**FRP Payment Plan**

 **Individualized Needs Plan - Program Review   (Inmate Copy)**   SEQUENCE: 01787111
Dept. of Justice / Federal Bureau of Prisons                          Team Date: 09-13-2024
Plan is for inmate: LEROUX, PAUL CALDER  67464-054

| Most Recent Payment Plan |
|---|

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 04-14-2023 |
|---|---|---|---|
| Inmate Decision: | AGREED | $160.00 | Frequency: SINGLE |
| Payments past 6 months: | $0.00 | | Obligation Balance: $0.00 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $400.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**FRP Deposits**

Trust Fund Deposits - Past 6 months:   $1,390.00          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 12-12-2022 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 08-30-2024 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 08-30-2024 |
| N-COGNTV Y | NEED - COGNITIONS YES | 08-30-2024 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 08-30-2024 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 08-30-2024 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 08-30-2024 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-30-2024 |
| N-MEDICL Y | NEED - MEDICAL YES | 08-30-2024 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 08-30-2024 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 08-30-2024 |
| N-TRAUMA Y | NEED - TRAUMA YES | 08-30-2024 |
| N-WORK N | NEED - WORK NO | 08-30-2024 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 08-30-2024 |

**Progress since last review**

Inmate is on the waiting list for two courses.

**Next Program Review Goals**

Obtain a work assignment. Enroll in programming targeted at addressing your identified needs (Anger/Hostility, Cognitions, Education, Finance/Poverty, Family/Parenting, Medical, Recreation/Leisure/Fitness, Substance Abuse, and Work). Efforts towards these goals from 09/2024 through 03/2025.

**Long Term Goals**

Inmate is expected to enroll in two educational programs of his choosing, maintain Good or better work evaluations, communicate at least three times per week with family and friends to maintain community ties, submit a cop out to health services during sick call to address any health related issues, speak with psychology to see if he is eligible for RDAP, follow all rules and regulations set forth by the institution, and follow all sanitation rules. Goals through 09/2025.

**RRC/HC Placement**

Recommended Placement in a range between 151-180 days.

**Comments**

Inmate has been reviewed for Finance/Poverty. Based on this review, he has a financial/poverty skills need.

**EXHIBIT C**

## All Transactions

| Inmate Reg #: | 67464054 | Current Institution: | Fort Dix FCI |
|---|---|---|---|
| Inmate Name: | LEROUX, PAUL | Housing Unit: | FTD-C-C |
| Report Date: | 12/02/2024 | Living Quarters: | C03-061L |
| Report Time: | 1:44:56 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 12/2/2024 7:08:35 AM | Money Gram | $60.00 | 33424337 | | $235.58 |
| 11/19/2024 12:23:29 PM | Sales - No FP (Non-FP Session) | ($166.45) | 65 | | $175.58 |
| 11/14/2024 9:07:16 AM | Western Union | $300.00 | 33324319 | | $342.03 |
| 11/13/2024 12:37:35 PM | Sales - Fingerprint | ($171.85) | 130 | | $42.03 |
| 11/10/2024 9:06:36 PM | Money Gram | $150.00 | 33424315 | | $213.88 |
| 10/29/2024 12:21:33 PM | Sales - Fingerprint | ($108.15) | 31 | | $63.88 |
| 10/22/2024 12:16:18 PM | Sales - Fingerprint | ($70.15) | 48 | | $172.03 |
| 10/22/2024 7:08:11 AM | Money Gram | $170.00 | 33424296 | | $242.18 |
| 10/10/2024 7:11:01 AM | FRP Single Pymt | ($700.00) | 5FRP1024 | | $72.18 |
| 10/8/2024 8:28:28 AM | Sales - Fingerprint | ($16.55) | 21 | | $772.18 |
| 10/1/2024 8:47:18 AM | Sales - Fingerprint | ($160.45) | 30 | | $788.73 |
| 9/25/2024 7:07:12 PM | Money Gram | $160.00 | 33424269 | | $949.18 |
| 9/25/2024 7:11:18 AM | Western Union | $240.00 | 33324269 | | $789.18 |
| 9/23/2024 9:41:44 PM | Western Union | $240.00 | 33324267 | | $549.18 |
| 9/23/2024 1:30:49 PM | Inmate Co-pay | ($2.00) | ZICP0924 | | $309.18 |
| 9/17/2024 7:41:31 AM | Sales - No FP (Non-FP Session) | ($147.75) | 2 | | $311.18 |
| 9/13/2024 9:06:50 PM | Money Gram | $160.00 | 33424257 | | $458.93 |
| 9/10/2024 12:26:50 PM | Sales - No FP (Non-FP Session) | ($99.75) | 61 | | $298.93 |
| 9/10/2024 12:25:41 PM | Sales - Fingerprint | ($77.10) | 60 | | $398.68 |
| 9/1/2024 7:07:09 AM | Money Gram | $150.00 | 33424245 | | $475.78 |
| 8/26/2024 11:15:50 AM | Sales - Fingerprint | ($15.70) | 7 | | $325.78 |
| 8/23/2024 11:06:33 AM | Money Gram | $140.00 | 33424236 | | $341.48 |
| 8/20/2024 12:34:32 PM | Sales - Fingerprint | ($167.25) | 40 | | $201.48 |
| 8/16/2024 8:06:44 AM | Money Gram | $130.00 | 33424229 | | $368.73 |
| 8/12/2024 11:11:11 AM | Sales - Fingerprint | ($20.80) | 1 | | $238.73 |
| 8/8/2024 8:06:39 AM | Money Gram | $120.00 | 33424221 | | $259.53 |
| 8/5/2024 1:49:15 PM | Sales - Fingerprint | ($159.05) | 33 | | $139.53 |
| 8/1/2024 10:07:03 PM | Money Gram | $100.00 | 33424214 | | $298.58 |
| 7/29/2024 11:38:47 AM | Sales - Fingerprint | ($3.65) | 35 | | $198.58 |
| 7/26/2024 10:06:18 AM | Money Gram | $100.00 | 33424208 | | $202.23 |
| 7/23/2024 1:06:43 PM | Sales - Fingerprint | ($36.05) | 53 | | $102.23 |
| 7/17/2024 7:07:34 AM | Money Gram | $100.00 | 33424199 | | $138.28 |
| 7/15/2024 12:21:13 PM | Sales - Fingerprint | ($137.80) | 29 | | $38.28 |
| 7/12/2024 3:22:53 PM | Money Gram | $100.00 | 33424194 | | $176.08 |
| 7/8/2024 12:35:03 PM | Sales - Fingerprint | ($47.85) | 58 | | $76.08 |
| 7/8/2024 11:06:55 AM | Money Gram | $100.00 | 33424190 | | $123.93 |
| 7/1/2024 12:23:59 PM | Sales - Fingerprint | ($113.05) | 40 | | $23.93 |
| 7/1/2024 11:07:00 AM | Money Gram | $100.00 | 33424183 | | $136.98 |
| 6/24/2024 1:40:37 PM | Sales - Fingerprint | ($86.15) | 67 | | $36.98 |
| 6/23/2024 8:06:26 AM | Money Gram | $100.00 | 33424175 | | $123.13 |
| 6/17/2024 5:44:24 PM | Sales - Fingerprint | ($89.10) | 86 | | $23.13 |
| 6/14/2024 11:06:48 AM | Money Gram | $50.00 | 33424166 | | $112.23 |
| 5/30/2024 5:45:14 PM | Sales - Fingerprint | ($6.60) | 122 | | $62.23 |
| 5/16/2024 3:31:19 PM | Sales - Fingerprint | ($176.90) | 151 | | $68.83 |
| 5/9/2024 1:55:43 PM | Sales - Fingerprint | ($17.15) | 107 | | $245.73 |
| 5/2/2024 6:43:59 PM | Sales - Fingerprint | ($167.30) | 111 | | $262.88 |
| 4/18/2024 6:11:43 PM | Sales - Fingerprint | ($168.40) | 103 | | $430.18 |
| 4/11/2024 5:46:03 PM | Sales - Fingerprint | ($15.75) | 72 | | $598.58 |
| 4/4/2024 12:10:29 PM | Sales - Fingerprint | ($165.70) | 9 | | $614.33 |
| 3/16/2024 7:06:54 AM | Money Gram | $100.00 | 33424076 | | $780.03 |

1 2

**TRUWEB**

Inmate Register#:
67464054

# FEDERAL BUREAU OF PRISONS 

- Inmate Inquiry
- Administrative Holds
- All Transactions
- Controlled Items
- Debt History
- Deposits
- FRP Payment History
- Inmate Statement
- Outstanding Neg Instr
- Phone Info
- Phone Transfers
- Serial Num. Tracking
- Withdrawals

- All Deposits
- All Withdrawals
- Indigent Inmates
- OTC Med Qualified-HU
- OTC Med Qualified-LQ
- OTC Med Qualified-R

- About TRUWEB

## All Transactions

| Inmate Reg #: | 67464054 | Current Institution: | Fort Dix FCI |
| Inmate Name: | LEROUX, PAUL | Housing Unit: | FTD-C-C |
| Report Date: | 12/02/2024 | Living Quarters: | C03-061L |
| Report Time: | 1:45:02 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# |
|---|---|---|---|---|
| 3/13/2024 2:17:45 PM | Sales - Fingerprint | ($161.25) | 128 | |
| 3/9/2024 7:06:52 AM | Money Gram | $100.00 | 33424069 | |

1 2

PO BOX 2000
JOINT BASE MDL, NJ 08640

DISTRICT JUDGE HON. RONNIE ABRAMS
THURGOOD MARSHALL
UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007

USM41ED
SDNY



TRENTON FSCILC NJ 086
FRI 21 MAR 2025 PM