

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 2, 2025

**BY ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Paul LeRoux*, 12 Cr. 489 (RA)

Dear Judge Abrams:

  The Government respectfully writes regarding the Court's April 1, 2025 Order ("the Order") concerning the defendant's requested refund of an asserted overpayment to the Bureau of Prisons. (Dkt. 91). The undersigned was notified by Chambers regarding the Order yesterday, and has just entered an appearance in this matter. In order to investigate and address the defendant's claims, the Government respectfully requests that it be allowed to respond by May 16, 2025.

  The Government, as always, is available should the Court have any questions.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Nicholas S. Bradley
Assistant United States Attorney
(212) 637-1581

---

Application granted. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Leroux (67464-054) at Federal Correctional Institution Fort Dix, Joint Base MDL, NJ 08640.

SO ORDERED.

Hon. Ronnie Abrams
May 5, 2025