UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PAUL LEROUX,

          Defendant.

No. 12 Cr. 489 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 18, 2025, the Court received a request from defendant Paul LeRoux that the Court issue an order directing a refund for a $400 overpayment of his applicable special assessments. The Government does not oppose the application.

IT IS HEREBY ORDERED that the Clerk of Court be directed to refund $400 in overpayments to Paul LeRoux, to be payable to the following address:

    Federal Bureau of Prisons
    Paul Calder LeRoux
    (#67464-054)
    Post Office Box 474701
    Des Moines, Iowa 50947-0001

DATED: May 19, 2025
New York, New York

                              THE HONORABLE RONNIE ABRAMS
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK