UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PAUL CALDER LEROUX,

Defendant.

12-CR-489 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of a letter from Mr. Leroux requesting that the Court assist him with obtaining emergency medical care, which the Court forwards to defense counsel and the Government and files "under seal because it contains medical information." *United States v. Ybarra*, No. 8-CR-578, 2012 WL 1931058, at *1 (S.D.N.Y. May 23, 2012); *see also United States v. Suarez*, 2024 WL 2317413, No. 16-CR-453 (S.D.N.Y. May 22, 2024) ("In light of the private medical information contained in [the] submission, the Court concludes that the presumption in favor of open records has been outweighed by Defendant's privacy interest."). The Government may respond to Defendant's letter no later than October 30, 2026.

SO ORDERED.

Dated: October 23, 2026
New York, New York

Ronnie Abrams
United States District Judge