UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PAUL CALDER LEROUX,

Defendant.

12-CR-489 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Mr. Leroux previously requested that the Court assist him with receiving medical treatment in prison. *See* Dkts. 97, 98. The Court is now in receipt of a letter from Mr. Leroux moving to withdraw his request because he has received the treatment he was seeking. The motion is granted. The Court files the letter "under seal because it contains medical information." *United States v. Ybarra*, No. 8-CR-578, 2012 WL 1931058, at *1 (S.D.N.Y. May 23, 2012).

SO ORDERED.

Dated: November 18, 2026
New York, New York

Ronnie Abrams
United States District Judge